**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00494-CV

————————————

## IN RE MAROPCO, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, MarOpCo, Inc., has filed a petition for a writ of mandamus challenging a discovery order signed by the trial court on June 17, 2016.[1]

We deny the petition, and dismiss as moot all pending motions.

---

[1] The underlying case is *Preston Marshall, Individually and Rusk Capital Management, L.L.C. v. MarOpCo, Inc., E. Pierce Marshall, Jr., Edwin K. Hunter, and Hunter, Hunter & Sonnier, LLC*, Cause No. 2015-35950, in the 11th District Court of Harris County, Texas, the Honorable Mike D. Miller, presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.